800 F.2d 1140
 United Mine Workers of America International Union, United
Mine Workers of America, District 2, United Mine
Workers of America Local 1742, Steele
(Frank), Niemiec (Stanley)
v.
G.M. & W. Coal Company, Intercarbon Coal Co., Jennerstown
Mining, Inc., Hardhat Mining, Inc., Lion Mining Co., Panther
Coal Sales, Grove Equipment Co., United Mine Workers of
America 1974 Benefit Trust
 NO. 85-3689
 United States Court of Appeals,
Third Circuit.
 AUG 06, 1986
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.